**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1177**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN L. SASSCER,

Defendant - Appellant,

and

MABEL G. SASSCER,

Defendant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Joseph H. Young, Senior District Judge.
(CA-97-3026-Y)

———————————

Submitted:  April 13, 2000          Decided:  June 13, 2000

———————————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

John L. Sasscer, Appellant Pro Se.  Kenneth W. Rosenberg, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John L. Sasscer appeals from the district court's order denying his motion to dismiss. We dismiss the appeal for lack of jurisdiction because the order is not appealable. The court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. In light of this disposition, we deny Sasscer's motion to dismiss and/or strike the government's brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2